## STATE of Maine

v.

## Michael PARKER.

Supreme Judicial Court of Maine.

Nov. 3, 1977.

Henry N. Berry, III, Dist. Atty., Peter G. Ballou, Deputy Dist. Atty., Jeffrey Albanese, Law Student (orally), Portland, for plaintiff.

Nisbet, MacNichol & Ludwig by Alexander MacNichol, South Portland (orally), for defendant.

Before McKUSICK, C. J., and POMEROY, WERNICK, ARCHIBALD, DELAHANTY, GODFREY and NICHOLS, JJ.

PER CURIAM.

This matter comes here on appeal by the Defendant from his conviction in the court below of the sale of a potent medicinal substance, valium, in violation of 22 M.R.S.A. § 2210. He alleges error in the denial by that court of his motion for a new trial, based upon newly discovered evidence, brought pursuant to Rule 33, M.R.Cr.P.

The Defendant was accorded a full evidentiary hearing in the court below. The denial of his motion was essentially a determination of fact. It was not clearly erroneous. *State v. Sawyer,* 314 A.2d 830, 834 (Me.1974).

The entry must be:

Appeal denied.

All Justices concur.